No. 02–9152. JENKINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9154. DEPEW *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9155. EMBREY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–9156. CRUZ-MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9158. BOYD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–9159. BOLIVAR-MUNOZ ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9160. ALVARADO-HERRERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9164. MOSES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9168. PINEDA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–9173. MACAULAY, AKA HARRIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9174. LYONS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9176. MOSS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–9179. BURNS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–9181. SESCHILLIE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9183. RATLIFF *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9184. STEWART *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.